<table>
<tr><td>(Tel) 212-207-9009<br>(Fax) 212-619-6742</td><td align="center">LAW OFFICE OF<br>JESSE M. SIEGEL<br>299 Broadway, Suite 800<br>New York, New York 10007</td><td>JesseMSiegel@aol.com</td></tr>
</table>

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 17, 2023

**BY ECF**

Hon. Philip M. Halpern, District Judge
United States District for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: *United States v. Williams*, *et al,* Ind. No.22 Cr. 641 (PMH).

Dear Judge Halpern:

  I represent Paul Ayala, a defendant in the above case. A status conference is scheduled in the case for July 21st at 9:30.

  I will be away at a wedding on July 21st. Ezra Spilke, counsel to co-defendant Markell Williams, has kindly agreed to stand in for me, and I request that he be permitted to do so.

  I have spoken with Mr. Ayala, who does not object to having co-counsel appear for him at the status conference.

  Thank you for your attention to this application.

            Very truly yours,

            /s
            Jesse M. Siegel